# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0522

_____

SANDY V. ALSTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

May 31, 2018

PER CURIAM.

Petitioner does not adequately explain why the grounds raised in this successive petition for belated appeal were not raised in his initial petition for belated appeal. The Court finds that the failure to assert the grounds was an abuse of procedure. Accordingly, the petition is dismissed. *See* Fla. R. App. P. 9.141(c)(6)(C).

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sandy V. Alston, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.